# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-453-006**

**Effective Date of Registration:**
April 09, 2025

**Registration Decision Date:**
July 17, 2025

## Title

**Title of Work:** Meet Me At The Beach

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** May 08, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Danielle Marie Karwowski
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Danielle Marie Karwowski
572 Adamston Road, Brick, NJ, 8723, United States

## Rights and Permissions

**Name:** Danielle Marie Karwowski
**Email:** danikarwowski@gmail.com
**Telephone:** (908)692-3800
**Address:** 572 Adamston Road
Brick, NJ 8723 United States

## Certification

**Name:** David Denholm
**Date:** April 09, 2025

Page 1 of 2

Applicant's Tracking Number: DK2025040801

