IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIELLE MARIE KARWOWSKI,<br><br>                    Plaintiff,<br><br>         v.<br><br>SCHEDULE A DEFENDANTS,<br><br>                    Defendants. | Case No. 26-cv-249 |

**MOTION FOR 1) TEMPORARY RESTRAINING ORDER, 2) ORDER RESTRAINING ASSETS AND MERCHANT STOREFRONTS, 3) ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE, AND 4) ORDER AUTHORIZING EXPEDITED DISCOVERY**

Plaintiff now moves this Court for an Order granting: 1) a temporary restraining order, 2) an order restraining assets and merchant storefronts, 3) an order to show cause why a preliminary injunction should not issue, and 4) an order authorizing expedited discovery against the Defendants identified on Schedule "A" to the Complaint.  Plaintiff is concurrently filing a Motion to File Under Seal, and if that is granted, Plaintiff will then file the papers supporting this Motion and a proposed Order under seal.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: February 10, 2026 | /s/ Stanley D. Ference III<br>Stanley D. Ference III<br>Pa. ID No. 59899<br>courts@ferencelaw.com<br><br>FERENCE & ASSOCIATES LLC<br>409 Broad Street<br>Pittsburgh, Pennsylvania 15143<br>(412) 741-8400 – Telephone<br>(412) 741-9292 – Facsimile<br><br>Attorneys for Plaintiff |